## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LIONEL S. LAWRENCE, SR.,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 12-CV-642** |
| **vs.** | : | |
| | : | |
| **MENTAL – HEALTH DOCTOR,** | : | |
| **ET AL.,** | : | |
| **Defendants.** | : | |

## <u>O R D E R</u>

**AND NOW**, this 27th day of March, 2013, upon consideration of Defendants'
Motions to Dismiss (Doc. Nos. 8, 9, & 10) and Plaintiff's Response thereto (Doc. No.
11), it is hereby **ORDERED** that:

1. Defendant, Court Of Common Pleas', Motion to Dismiss (Doc. No. 8) is
**GRANTED**. Plaintiff's Complaint is **DISMISSED** with prejudice as to the Judicial
Defendants;

2. Defendant, City of Philadelphia's, Motion to Dismiss (Doc. No. 9) is
**GRANTED**. Plaintiff's Complaint is **DISMISSED** without prejudice as to the Defendant
City of Philadelphia;

3. Defendant, Defender Association of Philadelphia, Motion to Dismiss (Doc.
No. 10) is **GRANTED**. Plaintiff's Complaint is **DISMISSED** without prejudice as to the
Defendant Defender Association of Philadelphia;[1] and

---

[1] With respect to any claims made under § 1983, Plaintiff's Complaint is dismissed with prejudice.

4.      Plaintiff's Complaint is **DISMISSED** without prejudice with respect to the

remaining parties.[2]

BY THE COURT:


/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.

---

[2] Plaintiff failed to comply with my June 25, 2012 Order (Doc. No. 5) by serving the remaining parties under Rule 4(m).  Therefore, I will dismiss the Complaint without prejudice against the unserved Defendants.