# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LIONEL S. LAWRENCE, SR.,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | NO. 12-CV-642 |
| vs. | : | |
| | : | |
| **MENTAL – HEALTH DOCTOR,** | : | |
| **ET AL.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 27th day of March, 2013, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 8, 9, & 10) and Plaintiff's Response thereto (Doc. No. 11), it is hereby **ORDERED** that:

1. Defendant, Court Of Common Pleas', Motion to Dismiss (Doc. No. 8) is **GRANTED**. Plaintiff's Complaint is **DISMISSED** with prejudice as to the Judicial Defendants;

2. Defendant, City of Philadelphia's, Motion to Dismiss (Doc. No. 9) is **GRANTED**. Plaintiff's Complaint is **DISMISSED** without prejudice as to the Defendant City of Philadelphia;

3. Defendant, Defender Association of Philadelphia, Motion to Dismiss (Doc. No. 10) is **GRANTED**. Plaintiff's Complaint is **DISMISSED** without prejudice as to the Defendant Defender Association of Philadelphia;[1] and

---

[1] With respect to any claims made under § 1983, Plaintiff's Complaint is dismissed with prejudice.

4. Plaintiff's Complaint is **DISMISSED** without prejudice with respect to the remaining parties.[2]

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.

---

[2] Plaintiff failed to comply with my June 25, 2012 Order (Doc. No. 5) by serving the remaining parties under Rule 4(m). Therefore, I will dismiss the Complaint without prejudice against the unserved Defendants.